UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GINO ROMANO, and ALL OTHERS
SIMILARLY SITUATED,

          **Plaintiff,**

-vs-                                 Case No. 2:12-cv-326-FtM-99DNF

KIM KARDASHIAN a/k/a KIMBERLY
NOEL "KIM KARDASHIAN, KHLOE
KARDASHIAN, BRUCE JENNER,
COURTNEY KARDASHIAN, SCOTT
DISICK, and KRIS JENNER,

          **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause is before the Court on the Plaintiff, Gino Romano's Preliminary Injunction Temporary Restraining Order [sic] (Doc. 1) filed on June 19, 2012, and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on June 19, 2012. This case was filed *pro se* by the Plaintiff, Gino Romano.

      The Plaintiff is requesting leave to proceed without the prepayment of filing fees. When an application is filed to proceed *in forma pauperis*, the Court is obligated to review the file pursuant to Title 28 U.S.C. § 1915. Section 1915(e)(2)(B) requires the Court to dismiss the case if it determines that the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief. 28

U.S.C. §1915(e)(2)(B). In this case, the Court's review of the Preliminary Injunction Temporary Restraining Order (Doc. 1) reveals that the Plaintiff has failed to set forth his claim adequately.

In the Preliminary Injunction Temporary Restraining Order, the Plaintiff asserts that he faces "imminent danger, and bodily harm" from the Defendants claiming that the Defendants illegally trespassed and caused vandalism to his Fort Myers "water front property." (Doc. 1). He claims that his home was damaged from Hurricane Charlie and when he visited his home he found the "Kardashians were squatting in my home, some big Wiccan Ritual going on conducted by Kris Jenner, all the Defendants were in my living room with Tiki torches, hopping and howling at the sun, which freaked me out." (Doc. 1) He further alleges that the Defendants had war paint, nose piercings, and an entire film crew was there. He claims that the Defendants made voodoo dolls of his best friend, Jonathan Lee Riches and him, and were pricking them with pins and needles. The Plaintiff contends that Kim Kardashian sacrificed a live chicken in his bath tub and used meat cleavers on monkeys heads. The Plaintiff claims to have reported these activities to PETA and the SPCA. He asserts that Scott Disick grabbed his "Verizon" and smashed it, and Bruce Jenner made him drink vampire blood. (Doc. 1). The Plaintiff contends that the Defendants went on a rampage and then lined up and "did the Thriller dance around" him. The Plaintiff argues that the Defendants caused $123,611.02 in damages to his home which is only worth $122,677.05. He also asserts that the Kardashians have an upcoming pagan holiday to celebrate and need a new victim and a new house, and they told him they are going to his other home to terrorize him and they are bringing Tom Hanks to "turn my crib into a money pit." (Doc. 1).

The Court finds that the Preliminary Injunction Temporary Restraining Order to be frivolous. The allegations consist of what appear to be delusions relating to the Kardashians and others. The

Plaintiff fails to set forth an actionable claim. The Plaintiff fails to set forth how this Court has jurisdiction in the case, and the Court does not find that it has jurisdiction. The Plaintiff has filed two other frivolous law suits that have been dismissed. *See*, *Gino Romano v. Kim Kardashian, et al*. Case No. 6:12-cv-908-RBD-KRS and *Gino Romano v. Kim Kardashian*, Case No. 8:12-cv-1330-JSM-TBM.[1]

**THEREFORE, IT IS RESPECTFULLY RECOMMENDED:**

1) That the Preliminary Injunction Temporary Restraining Order (Doc. 1) and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) be **DENIED**.

2) That this case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __21st__ day of June, 2012.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] In addition, as noted in the Honorable James S. Moody Jr., United States District Judge's Order (Doc. 2, ftnt. 1) filed on June 15, 2012 in Case No. 8:12-cv-1330-JSM-TBM, the website, abovethelaw.com reported that Romano has initiated lawsuits against "'thousands of people (and places, and also things)'". *See, http://abovethelaw.com/?s=Gino+Romano*.