# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**GINO ROMANO,**

      **Plaintiff,**

v.                                                                                  Case No:  2:12-cv-326-Ftm-99DNF

**KIM KARDASHIAN, BRUCE JENNER,**
**KRIS JENNER, SCOTT DISICK,**
**KHLOE KARDASHIAN and**
**KOURTNEY KARDASHIAN,**

      **Defendants.**

---

## ORDER

This cause is before the Court on the Preliminary Injunction Temporary Restraining Order (Doc. No. 1), and on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) both filed on June 19, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motions be denied, and the case be dismissed as frivolous and for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 21, 2012 (Doc. No. 4), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Preliminary Injunction Temporary Restraining Order (Doc. No. 1) and the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) are hereby DENIED.

3. This case is hereby DISMISSED.

4. The Clerk is directed to CLOSE the file

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Gino Romano, *pro se*